## Commonwealth v. Campana, Appellant.

Argued September 18, 1970.

*Ambrose R. Campana,* with him *Campana & Campana,* for appellant; *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents.

WATKINS, J., absent.

## Commonwealth v. Campbell, Appellant.

Submitted September 14, 1970.

*J. Taney Willcox, Jr.,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.